UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

STAYMOBILE VENTURE, LLC,                    Chapter 7
                                            Case No. 22-43781-LSG
                                            Hon. Lisa S. Gretchko

                            Debtor(s)
_____/
TIMOTHY MILLER, Trustee,

            Plaintiff,                      Adv. Pro. No. 23-04151-lsg
v.                                          Hon. Lisa S. Gretchko

UPPER EDGE TECHNOLOGIES, INC.,

            Defendant
_____/

## REPORT OF PARTIES' RULE 26(f) CONFERENCE

    Pursuant to Fed. R. Bankr. P. 7026 and Fed. R. Civ. P. 26(f), a conference was held on June 2, 2023 via telephone and was participated in by:

        David P. Miller for Plaintiff
        Jose Hernandez for Defendant

    This is submitted as the required report of that conference.

    (1)    Initial Disclosures required by Fed. R. Civ. P. 26(a)(1).

        [ x]    The parties will provide such by July 12, 2023; or

        [ ]     The parties agree to provide the following at the times indicated:

(2)    <u>Discovery Plan</u>.  The parties jointly propose to the Court the following discovery plan in conformance with Fed. R. Civ. P. 26(f)(3): (Use separate paragraphs or subparagraphs as necessary if parties disagree.)

(a)    Discovery will be needed on the following subjects: Paragraphs 9-14, 18-25, and 29 of Plaintiff's Complaint, and more generally, Plaintiff's claims and Defendant's defenses.

(b)    All discovery commenced in time to be completed by October 10, 2023.

(c)    Maximum of 25 interrogatories by each party to any other party.  [Responses due 30 days after service.]

(d)    Maximum of 35 requests for admission by each party to any other party.  [Responses due 30 days after service.]

(e)    Maximum of 4 depositions by plaintiff(s) and 4 by defendant(s).

(f)    Each deposition limited to maximum of 5 hours unless extended by agreement of parties.

(g)    Reports from retained experts under Fed. R. Civ. P. 26(a)(2) due:
from plaintiff(s) by September 10, 2023;
from defendant(s) by September 10, 2023.

(h)    Supplementation under Fed. R. Civ. P. 26(e) due as required under Rule 26(e).

(i)    Discovery of electronically stored information

(i)    This adversary proceeding does __x__ does not ____ involve the discovery of electronically stored information

(ii)    Pursuant to E.D. Mich. LBR 7026-4, the Model Order Relating to the Discovery of Electronically Stored Information approved by the District Court will _x___ will not ____ apply.

(3) <u>Other Agreed Upon Items</u>.    [Use separate paragraphs or subparagraphs as necessary if parties disagree.]

    (a)    Plaintiff(s) is granted leave through, and the deadline is, August 11, 2023 to join additional parties and to amend the pleadings.

    (b)    Defendant(s) is granted leave through, and the deadline is, August 11, 2023 to join additional parties and to amend the pleadings.

    (c)    All potentially dispositive motions must be filed by October 25, 2023.

    (d)    The proceeding will be ready for trial by December 9, 2023. The trial is expected to take approximately 1 trial day.

    (e)    Jury Trial Matters.

        (i)    [ x]    a jury trial was <u>not</u> timely demanded and <u>is</u> waived; or

                [ ]    a jury trial was timely demanded, but is waived; or
                [ ]    a jury trial was timely demanded but not waived.

        (ii)    [ ]    the parties consent to the Bankruptcy Court conducting the jury trial; or

                [ ]    the parties do not at this time consent to the Bankruptcy Court conducting the jury trial.

    (f)    The parties agree that:

    [ x ]    This is a core proceeding; or

    [ ]    This is a non-core proceeding otherwise related to the bankruptcy case.

- 3 -

(g)   [ x ]   The parties consent to the Bankruptcy Court entering a final order or judgment in this proceeding; or

        [ ]   The parties do not consent to the Bankruptcy Court entering a final order or judgment in this proceeding.

(4)   Other matters.

(5)   Matters not agreed upon or insufficiently addressed by the foregoing.

AGREED:

Dated: June 2, 2023

**OSIPOV BIGELMAN, P.C.**

*/s/ David P. Miller*
DAVID P. MILLER (P79911)
JEFFREY H. BIGELMAN (P61755)
Attorneys for Chapter 7 Trustee / Plaintiff
20700 Civic Center Drive, Suite 420
Southfield, MI 48076
Tel: (248) 663-1802
dm@osbig.com/jhb@osbig.com

*Counsel for the Plaintiff*

and

**TAFT STETTINIUS & HOLLISTER LLP**

/s/Kimberly Ross Clayson
Kimberly Ross Clayson (P69804)
27777 Franklin Road, Suite 2500
Southfield, MI 48034
Phone: (248) 351-3000
kclayson@taftlaw.com

*Counsel for the Defendant*

- 4 -